# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 14, 2019**

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Nunez, Irma Silva
Name of Supervising Judicial Officer: Stephen Krous
Docket No: 2:18CR00052-WFN-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Irma Silva Nunez to travel out of the country.

Respectfully submitted,

By:   s/Stephen Krous         2/13/2019
      Stephen Krous           Date
      U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] Approves travel request
[ ] Denies travel request
[ ] Other

_____
Signature of Judicial Officer

Date  2/14/19